JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOS GRINGOS, INC., an Arizona corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CHRONIC TACOS, INC., a California corporation, KSDB, INC., a California corporation dba CHRONIC CANTINA SPORTS BAR & GRILL,  and Does 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO. SACV07-900 AHS (ANx)<br><br>[Assigned To The Hon. Alicemarie H. Stotler]<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| AND RELATED COUNTERCLAIMS | Date Action Filed: August 3, 2007<br>Trial Date:　　　　June 2, 2009 |

1

1 | Pursuant to a stipulation by the parties through their respective counsel of record:

2 | **IT IS ORDERED:**

3 | 1. This entire action, including the First Amended Complaint filed by Plaintiff Dos Gringos, Inc. ("Dos Gringos") and the Counterclaim filed by KSDB, Inc., dba Chronic Cantina Sports Bar & Grill, is hereby dismissed with prejudice; and

6 | 2. The Parties hereto shall each bear their own costs and attorneys' fees.

DATED: **September 15, 2008.**           **ALICEMARIE H. STOTLER**
                                          Hon. Alicemarie H. Stotler
                                          Chief United States District Judge